IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARIA GENOVEVA ANAYA, et al. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. G-04-740 |
| TRAYLOR BROS., INC. | § § § | |
| Defendant. | § § | |

**FINAL JUDGMENT**

Pursuant to the Court's Order Granting Summary Judgment, all claims brought by Plaintiffs against Defendant are hereby **DISMISSED WITH PREJUDICE**. All relief not herein provided is expressly **DENIED**. All Parties are **ORDERED** to bear their own costs and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 14th day of October, 2005, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge